JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-mj-60 KJN |
|---|---|
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER** |
| | ) **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) |
| | ) Date: March 14, 2013 |
| CHRISTOPHER LEE LANG, | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for March 14, 2013, at 2:00 p.m., to April 18, 2013, at 2:00 p.m.

Counsel for Mr. Lang requires the time to determine whether he believes Mr. Lang understands the nature and type of proceedings presently pending. Counsel may move for a competency evaluation of Mr. Lang after this determination.

In addition, the parties have expressed interest in reaching a preindictment resolution of the pending charges. Counsel for Mr. Lang requires time to review a proposed settlement offer with Mr. Lang.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

1 that the Court should extend the time within which the government must
2 file an indictment to April 18, 2013.  The parties stipulate that the
3 ends of justice served by granting Mr. Lang's request for a continuance
4 outweigh the best interest of the public and Mr. Lang in a speedy trial,
5 and that this is an appropriate exclusion of time for defense
6 preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code
7 T4).

Dated: March 5, 2013                JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender


Dated: March 5, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for M. Rodriguez
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

## O R D E R

Finding good cause, the Court orders the preliminary hearing continued to April 18, 2013, at 2:00 p.m., before the duty magistrate; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Lang's request for a continuance outweigh the best interest of the public and Mr. Lang in a speedy trial.

IT IS SO ORDERED.

Dated: March 5, 2013                /s/ Allison Claire
                                    _____
                                    United States Magistrate Judge