JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 13-mj-60 KJN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) | |
| | ) | Date: April 18, 2013 |
| CHRISTOPHER LEE LANG, | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for April 18, 2013, at 2:00 p.m., to May 16, 2013, at 2:00 p.m.

Counsel for Mr. Lang requires the time to review discovery with Mr. Lang and to conduct investigation. Counsel also requires the time to discuss a pre-indictment resolution of this case with Mr. Lang.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to May 16, 2013. The parties stipulate that the ends of justice served by granting Mr. Lang's request for a continuance outweigh the best interest of the public and Mr. Lang in a speedy trial,

and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: April 4, 2013                JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender


Dated: April 4, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for M. Rodriguez
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to May 16, 2013, at 2:00 p.m., before Magistrate Carolyn K. Delaney; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Lang's request for a continuance outweigh the best interest of the public and Mr. Lang in a speedy trial.

IT IS SO ORDERED.

DATED: April 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
lang0060.stipord.cont.PE.wpd

Stipulation And Proposed Order            2                    13-mj-60 KJN